608

Susie WEITZENKAMP, Plaintiff–
Appellant, Cross–Appellee.

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA, Defendant–Appellee,
Cross–Appellant.

Nos. 10–3898, 11–1006.

United States Court of Appeals,
Seventh Circuit.

Aug. 12, 2011.

Alan C. Olson, Attorney, Olson & Associates, New Berlin, WI, for Plaintiff–Appellant, Cross–Appellee.

Terrance J. Wagener, Attorney, Messerli & Kramer P.A., Minneapolis, MN, for Defendant–Appellee, Cross–Appellant.

Before ILANA DIAMOND ROVNER, Circuit Judge, DAVID F. HAMILTON, Circuit Judge, and JOAN HUMPHREY LEFKOW, District Judge.*

**ORDER**

The Petition For Rehearing is GRANTED and the court's opinion of July 11, 2011, is WITHDRAWN. The panel will issue a new opinion in due course.

* The Honorable Joan Humphrey Lefkow of the Northern District of Illinois, sitting by desig-